IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| JOSH COLIN EICK | ) | CASE NO. 4-08-14708-EWH |
| MARISSA CORRINE EICK | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 5 | Banner Health<br>PO Box 2978<br>Phoenix AZ 85062 | $150.00 | $2.86 |
| 12 | AMERICAN INFOSOURCE LP<br>APRIA HEALTHCARE<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $105.00 | $2.00 |
| 13 | Verizon Wireless West<br>PO Box 3397<br>Bloomington, Il 61702 | $104.00 | $2.00 |

Dated: June 14, 2010  /s/ SJK_____
Stanley J. Kartchner, Trustee